UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDES ALEUS,<br><br>                                Petitioner,<br><br>v.<br><br>Christopher LAROSE, Senior Warden,<br>Otay Mesa Detention Center, et al.;<br><br>                                Respondents. | Case No.:  26-cv-1134-BJC-MSB<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On February 19, 2026, Wildes Aleus ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  Petitioner alleges that he was taken into immigration custody on July 29, 2025, and he was ordered removed on January 6, 2026, but he has remained in detention since his arrest.  *See id.* at 4.  On March 5, 2026, Petitioner notified the Court that he had been transferred from the Otay Mesa Detention Center to the California City Detention Facility in California City, which is located in the Eastern District of California.  ECF No. 3.  On April 7, 2026, the Court issued a briefing schedule.  ECF No. 6.  On April 10, 2026, Respondent replied and stated that "Petitioner was released on April 2, 2026." Accordingly, in light of Petitioner's release from custody, the Petition is **DENIED** as moot.

   **IT IS SO ORDERED.**

Dated:  April 28, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1134-BJC-MSB